# IN THE SUPREME COURT OF THE STATE OF NEVADA

LESTER EUGENE SELANDER, JR.,
Appellant,

vs.

THE STATE OF NEVADA; THE
EIGHTH JUDICIAL DISTRICT COURT
OF THE STATE OF NEVADA, IN AND
FOR THE COUNTY OF CLARK; CLARK
COUNTY; JAMES SWEETIN; AND THE
HONORABLE DOUGLAS SMITH,
DISTRICT JUDGE,
Respondents.

No. 74955

FILED

FEB 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Specifically, appellant fails to identify an appealable order. Appellant refers in the notice of appeal to an order entered December 29, 2017. No such order appears in the documents transmitted to this court, nor is any identifiable appealable order listed in the district court docket entries. Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-04680

cc: Hon. James Crockett, District Judge
Lester Eugene Selander, Jr.
Attorney General/Carson City
Eighth District Court Clerk